USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 7/15/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRICK U. DENNIS, on behalf of himself and all others similarly situated,

       Plaintiff,

-against-

BURT'S BEES, INC.,

       Defendant.

**ORDER**

19 Civ. 4056 (ER)

Ramos, D.J.:

  The Court having been advised that the parties have reached a settlement in principle, it is ORDERED that the above-captioned action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated **within thirty (30) days of the date hereof.**

  Any application to reopen this action **must be filed within thirty (30) days of this Order**; any application to reopen filed thereafter may be denied **solely** on that basis. Furthermore, the parties are advised that if they wish the Court to retain jurisdiction in this matter for the purpose of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the **next thirty (30) days** with a request that the agreement be "so ordered" by the Court. The Clerk of Court is directed to terminate this action.

  It is SO ORDERED.

Dated: July 15, 2019
    New York, New York

                    _____
                    Edgardo Ramos, U.S.D.J.